IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROOSEVELT WILLIAMS,

    Plaintiff,	JUDGMENT IN A CIVIL CASE

v.	15-cv-212-jdp

SARA FRY and TRAVIS HAAG,

    Defendants.

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Sara Fry and Travis Haag granting their motion for summary judgment and dismissing this case.

| /s/ | 3/30/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |